# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. LILES, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-00083-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (ECF No. 8)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE LODGED AMENDED COMPLAINT (ECF No. 9) |

　　　　Plaintiff Ivan Lee Matthews ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action.  Plaintiff initiated this action on January 21, 2014.  On July 24, 2014, Plaintiff filed a first amended complaint.  (ECF No. 7.)

　　　　On October 14, 2014, Plaintiff filed the instant motion requesting leave to file an amended complaint to amend certain paragraphs and add claims to reflect the identity and actions of certain officers.  (ECF No. 8.)  Plaintiff also lodged his proposed amended complaint.  (ECF No. 9.)

　　　　The Court has not screened Plaintiff's first amended complaint, defendants have not been ordered to respond and the proposed amendment will not result in any undue delay or prejudice.  Accordingly, Plaintiff's request for leave to file an amended complaint is HEREBY GRANTED.  Fed.

1  R. Civ. P. 15(a)(2).  The Clerk of the Court is directed to file Plaintiff's second amended complaint,
2  which was lodged on October 14, 2014.
3  IT IS SO ORDERED.

4     Dated:   **October 16, 2014**                    /s/ *Barbara A. McAuliffe*
5                                                                   UNITED STATES MAGISTRATE JUDGE