UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>  Plaintiff,<br><br>  v.<br><br>R. LILES, et al.,<br><br>  Defendants. | Case No.: 1:14-cv-00083-BAM PC<br><br>ORDER DISREGARDING PLAINTIFF'S STATEMENT REGARDING AMENDED COMPLAINT<br><br>(ECF No. 13) |

Plaintiff Ivan Lee Matthews ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2014, the Court screened Plaintiff's second amended complaint and dismissed it with leave to amend within thirty (30) days. (ECF No. 12.)

On December 22, 2014, Plaintiff filed a document entitled "Plaintiff's Amended Complaint and Granted Leave to Amend for Screening Order." The document appears to be a statement regarding Plaintiff's efforts to state a cognizable claim in his amended complaint. (ECF No. 13.) Plaintiff also filed a third amended complaint. (ECF No. 14.)

Plaintiff's statement regarding his third amended complaint is unnecessary and shall be disregarded. The Court will screen Plaintiff's third amended complaint in due course to determine whether it complies with relevant pleading and legal standards and whether it states a cognizable claim for relief.

1 | Accordingly, Plaintiff's statement regarding his third amended complaint, entitled "Plaintiff's Amended Complaint and Granted Leave to Amend for Screening Order" (ECF No. 13) and filed on December 22, 2014, is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:   **January 5, 2015**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE