UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>              Plaintiff,<br><br>         v.<br><br>R. LILES, et al.,<br><br>              Defendants. | Case No.: 1:14-cv-00083-BAM (PC)<br><br>ORDER DENYING MOTION FOR RETURN COPIES<br><br>(ECF No. 17) |

Plaintiff Ivan Lee Matthews ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff consented to magistrate judge jurisdiction. (ECF No. 5.)

Currently before the Court is Plaintiff's motion for return of copies. (ECF No. 17.) Plaintiff states in his motion that he filed a form with the law librarians at his institution requesting legal copying services, and was directed to send his documents through the mail. Plaintiff complains that the procedure is ineffectual because he is suing one of the law librarians. He seeks an order requiring the prison provide him a return copy of his fourth amended complaint.

The Court construes this motion as a motion for injunctive relief against unspecified officials at his institution. The pendency of this action does not give the Court jurisdiction over prison officials in general. Summers v. Earth Island Institute, 555 U.S. 488, 491–93, 129 S.Ct. 1142, 173 L.Ed.2d 1 (2009); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir.2010). The Court's jurisdiction is limited

to the parties in this action and to the viable legal claims upon which this action is proceeding. Summers, 555 U.S. at 491–93; Mayfield, 599 F.3d at 969. Plaintiff's allegations that he will not be provided copies of his documents when utilizing the law library's procedures at his institution are purely speculative. Furthermore, the Court has no jurisdiction over the prison officials generally to order any deviation from the normal procedures based on Plaintiff's unsupported assertions.

Accordingly, Plaintiff's motion for return of copies (ECF No. 17) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **January 4, 2016**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE