UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>    Plaintiff,<br><br>    v.<br><br>R. LILES, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00083-BAM (PC)<br><br>ORDER TERMINATING DEFENDANTS' MOTION FOR ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS (ECF No. 26)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO DENY DEFENDANTS' MOTION FOR ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS, AS MOOT (ECF No. 29)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Ivan Lee Matthews ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 9, 2016, Defendants filed a motion for an order revoking Plaintiff's in forma pauperis status ("three-strike motion"). (ECF No. 26.) Defendants also requested an extended deadline to respond to the fourth amended complaint until thirty (30) days after their three-strike motion is resolved, which was granted. (ECF No. 28.)

Defendants have now withdrawn their three-strike motion. (ECF No. 34.) Accordingly, the Court HEREBY ORDERS:

    1.    Defendants motion for an order revoking Plaintiff's in forma pauperis status (ECF No. 26) is deemed WITHDRAWN;

2.   Plaintiff's motion for an order denying Defendants' motion for an order revoking his in forma pauperis status (ECF No. 29) is DENIED, as moot; and

3.   Defendants SHALL file and serve a response to Plaintiff's fourth amended complaint on or before thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 10, 2016**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE