UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. LILES, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-00083-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF FOURTH AMENDED COMPLAINT<br><br>(ECF No. 42) |

　　　　Plaintiff Ivan Lee Matthews ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's motion seeking a copy of the Fourth Amended Complaint. (ECF No. 42.) This motion appears to have crossed in the mail with the Court's September 15, 2016 order, which already granted him a copy of that pleading. (ECF No. 41.)

　　　　Accordingly, Plaintiff's motion for a copy of his fourth amended complaint, (ECF No. 42), is HEREBY DENIED.

IT IS SO ORDERED.

　　Dated:　**September 30, 2016**　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE