# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R. LILES, et al.,<br><br>　　　　　　Defendants. | Case No. 1:14-cv-00083-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS TO CONSENT OR DECLINE TO UNITED STATES MAGISTRATE JUDGE JURISDICTION<br><br>**TEN (10) DAY DEADLINE** |

Plaintiff Ivan Lee Matthews ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's fourth amended complaint, filed on May 28, 2015, against Defendants Liles, Sherrett, and Cable for retaliation and denial of access to the courts in violation of the First Amendment, arising from the denial of Plaintiff's legal papers. (ECF No. 22.)

This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction. (ECF No. 5.) However, the record reflects that Defendants Liles, Sherrett, and Cable have not filed valid consent or request for reassignment forms despite filing a motion to dismiss in this action. Therefore, Defendants Liles, Sherrett, and Cable shall notify the Court within ten (10) days from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

///

1

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of the Court is directed to send Defendants Liles, Sherrett, and Cable a copy of the consent or request for reassignment form and the instructions for consent to Magistrate Judge jurisdiction; and

2. Defendants shall complete and return the consent or request for reassignment forms within **ten (10) days** of service of this order.

IT IS SO ORDERED.

Dated: **July 12, 2017**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE