# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. LILES, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00083-AWI-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS LILES, SHERRETT, AND CABLE TO FILE RESPONSIVE PLEADING<br><br>**TWENTY-ONE (21) DAYDEADLINE** |

Plaintiff Ivan Lee Matthews ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's fourth amended complaint against Defendants Liles, Sherrett, and Cable ("Defendants") on the claim for retaliation in violation of the First Amendment arising from the alleged denial of Plaintiff's legal papers.

On September 25, 2017, the Court granted in part and denied in part Defendants' motion to dismiss. (ECF No. 51.) Accordingly, Defendants shall file an answer or other responsive pleading to Plaintiff's fourth amended complaint within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

　　Dated: **September 26, 2017**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1