# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>        Plaintiff,<br><br>   v.<br><br>R. LILES, et al.,<br><br>        Defendants. | Case No. 1:14-cv-00083-AWI-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME<br><br>(ECF No. 60)<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL PLAINTIFF A COPY OF DECEMBER 20, 2017 FINDINGS AND RECOMMENDATIONS<br><br>**TWENTY-ONE (21) DAYDEADLINE** |

      Plaintiff Ivan Lee Matthews ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's fourth amended complaint against Defendants Liles, Sherrett, and Cable ("Defendants") on the claim for retaliation in violation of the First Amendment arising from the alleged denial of Plaintiff's legal papers.

      On December 20, 2017, the Court re-screened Plaintiff's fourth amended complaint and issued findings and recommendations to dismiss certain claims and defendants pursuant to the recent Ninth Circuit Court of Appeals decision in <u>Williams v. King</u>, 875 F.3d 500 (9th Cir. 2017). (ECF No. 59.) The parties were given fourteen days to file objections to those findings and recommendations.

Currently before the Court is Plaintiff's motion requesting a twenty-one (21) day extension of time to "respond to Defendant's motions, answers or documents." (ECF No. 60.) Plaintiff also requests a copy of any order, motion, answer, or document which requires a reply or answer from Plaintiff. Plaintiff explains that on December 31, 2017, he was placed into administrative segregation, and all of his personal and legal property was confiscated. In addition, Plaintiff states that he has been on an emergency lockdown for thirty days, during which time he has not had access to the law library or any of its services. (Id.)

Generally, the Clerk's Office will provide copies for Plaintiff at a cost of $0.50 per page. Under the circumstances, the Court will make a one-time exception and will direct the Clerk's Office to provide a copy of the pending findings and recommendations to Plaintiff at no charge. However, Plaintiff is advised that any further copies will need to be paid for by Plaintiff, and that it is his responsibility to maintain copies of all documents submitted to the Court for filing. Plaintiff is further advised that no other motions or orders are pending which require a response.

Good cause appearing, it is HEREBY ORDERED that:

1. Plaintiff's request for a twenty-one (21) day extension of time to file objections to the Court's December 20, 2017 findings and recommendations and for a copy of the findings and recommendations, (ECF No. 60), is GRANTED;

2. Plaintiff's objections to the findings and recommendations must be filed within **twenty-one (21) days** from the date of service of this order; and

3. The Clerk's Office shall mail a copy of the December 20, 2017 findings and recommendations, (ECF No. 59), to Plaintiff.

IT IS SO ORDERED.

Dated: **January 18, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE